# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUGGED OAKS INVESTMENTS, LLC,
A NEVADA LIMITED LIABILITY
COMPANY,

Appellant,

vs.

THREE PALMS INVESTMENT GROUP,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; NATIONAL DEFAULT
SERVICING CORPORATION, AN
ARIZONA CORPORATION; AND
WELLS FARGO BANK, N.A.,

Respondents.

No. 69370

FILED

SEP 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order in a quiet title action. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

When our initial review of the docketing statement, response, and other documents submitted to this court revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it was not clear whether respondent Three Palms Investment Group, LLC's claims for slander of title, trespass, and nuisance were resolved such that the district court order or judgment was appealable as a final judgment under NRAP 3A(b)(1). *See Lee v. GNLV, Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000).

In response to our order, appellant agrees that no final judgment has been entered in district court and admits that this court lacks jurisdiction over this appeal. Respondent Wells Fargo Bank filed a reply to appellant's response wherein it also agrees that no appealable

16-29560

final judgment has been entered by the district court. No other respondent filed a reply to appellant's response. Accordingly, appellant fails to demonstrate that the challenged order is appealable under NRAP 3A(b)(1). We conclude that we lack jurisdiction and

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc:    Hon. Carolyn Ellsworth, District Judge
       Janet Trost, Settlement Judge
       Hutchison & Steffen, LLC
       Snell & Wilmer, LLP/Tucson
       Snell & Wilmer, LLP/Las Vegas
       Tiffany & Bosco, P. A.
       Greene Infuso, LLP
       Eighth District Court Clerk